Case 1:19-sw-06059-GPG   Document 3   Filed 12/16/19   USDC Colorado   Page 1 of 1

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*10:42 am, Dec 16, 2019*
JEFFREY P. COLWELL, CLERK

AO 104 (Rev. 11/13)  Tracking Warrant (Page 2)

Case No. *19-SW-6059*

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed:     10/31/2019 05:30 am

2. The tracking device was used from (date and time):     10/31/2019 05:30 am

    to (date and time):     11/19/2019 19:01 pm

### Return of Tracking Warrant Without Installation

1. Date warrant executed:

2. The tracking information was obtained from *(date and time)*:

    to *(date and time)*:

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 12/12/2019

*[signature]*
Executing officer's signature

Kevin Doheny, SA
Printed name and title